■ FIRST MUNICIPAL CORPORATION, Appellant, v. LESLIE COBB et al., Defendants and OTTO BORCHARDT et al., Respondents.— In an action for a declaratory judgment, the plaintiff appeals: (1) from an order of the Supreme Court, Westchester County, entered December 14, 1959, granting the motion of the defendants Borchardt and Brad Realty Corporation to dismiss the amended complaint for failure to state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4); and (2) from the judgment entered thereon. Order and judgement affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ FLEETASH REALTY COMPANY, INC., Appellant, v. AUGUST SEVERIO CONSTRUCTION CO., INC., Respondent.— In an action, based upon an indemnity agreement, to recover damages caused by blasting, the plaintiff appeals: (1) from a judgment of the Supreme Court, Westchester County, rendered May 5, 1959, dismissing the complaint, after a nonjury trial; (2) from conclusions of law contained in the decision of said court; and (3) from an order of said court, dated August 16, 1957, denying plaintiff's motion for summary judgment striking out the answer. The trial court held that the agreement was unambiguous, and that it did not render defendant responsible for blasting damage. Judgment affirmed, with costs. No opinion. Appeal from conclusions of law dismissed. No appeal lies from conclusions of law. Appeal from order denying motion by appellant for summary judgment, dismissed as academic. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.